IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | NO. CIV.S-04-2272 DFL DAD |
|     Plaintiff, | |
|   v. | <u>ORDER</u> |
| HOME DEPOT U.S.A., INC., | |
|     Defendant. | |
| _____/ | |

     This matter came before the court on June 16, 2006, for hearing on plaintiff's motion to compel further deposition.  Mark Emmett appeared on behalf of plaintiff.  Scott Nelson appeared on behalf of defendant.

     Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

/////

/////

/////

/////

1  reasons set forth on the record during the hearing, plaintiff's
2  motion to compel is HEREBY DENIED.
3  DATED: June 20, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:th
Dad1/orders.civil/martinez2272.oah.061606