GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)    **OK/HAV**
EZRA J. REINSTEIN (SBN 224748)
650 Town Center Drive, Suite 1700
   Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
Email: hurleyg@gtlaw.com
Email: reinsteine@gtlaw.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC. dba HOME DEPOT #1003

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| TONY MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC. dba HOME DEPOT #1003; AND DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO. CV 04-2272 DFL (DAD)<br><br>Assigned Judge: Hon. David F. Levi<br>Magistrate Judge: Hon. Dale A. Drozd<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE**<br><br>DATE:      **October 4, 2006**<br>TIME:      **10:00 a.m.**<br>CTRM:      **7**<br><br>Complaint Filed: 11/24/04<br>Trial Date: 01/08/07 |

1

WHEREAS, the hearing of Defendant's Motion for Summary Judgment and Plaintiff's Motion to Amend the Complaint is currently set on October 4, 2006, at 10 a.m. before this Court;

WHEREAS, Plaintiff has filed a Cross Motion for Summary Judgment (the "Cross Motion") with his Opposition to Defendant's Motion for Summary Judgment (the "Motion");

WHEREAS, Defendant has requested additional time to respond in light of the Cross Motion; and

WHEREAS, the parties agree that it is appropriate for all three motions to be heard at the same hearing,

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant, that

- the hearing date for Defendant's Motion for Summary Judgment, Plaintiff's Cross Motion for Summary Judgment, and Plaintiff's Motion to Amend the Complaint, presently scheduled for October 4, 2006, at 10 a.m., shall be continued until December 13, 2006, at 10 a.m., or as soon thereafter as this Court may hear these motions,
- Defendant shall file and serve its Opposition to Plaintiff's Cross Motion no later than October 27, 2006,
- Plaintiff shall file and serve his Reply in support of his Cross Motion, and Defendant shall file and serve its Reply in support of its Motion, no later than November 14, 2006,
- The Final Pretrial Conference shall be held on February 2, 2007, and
- Bench Trial shall begin on March 12, 2007.

DATED: September 26, 2006           LAW OFFICES OF LYNN HUBBARD, III

2

By:  /s/ Lynn Hubbard, III
Lynn Hubbard, III
Attorneys for Plaintiff TONY MARTINEZ

DATED: September 22, 2006        GREENBERG TRAURIG, LLP

By:/s/ Ezra J. Reinstein
Ezra J. Reinstein
Attorneys for Defendant HOME DEPOT
U.S.A., INC. dba HOME DEPOT #1003

## ORDER

It is hereby ORDERED that:

- the hearing date for Defendant's Motion for Summary Judgment, Plaintiff's Cross Motion for Summary Judgment, and Plaintiff's Motion to Amend the Complaint, presently scheduled for October 4, 2006, at 10 a.m., shall be continued until December 13, 2006, at 10 a.m.,
- Defendant shall file and serve its Opposition to Plaintiff's Cross Motion no later than October 27, 2006,
- Plaintiff shall file and serve his Reply in support of his Cross Motion, and Defendant shall file and serve its Reply in support of its Motion, no later than November 14, 2006.
- The parties joint pretrial statement shall be filed no later than January 26, 2007.
- Final Pretrial Conference shall be held on February 2, 2007 at 2:00 p.m.
- Bench Trial shall begin on March 12, 2007 at 8:30 a.m.

DATED: September 28, 2006

/s/ David F. Levi
Honorable David F. Levi

3