1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  MARC B. KOENIGSBERG, SBN 204265
   GREENBERG TRAURIG, LLP
7  1201 K Street, Suite 1100
   Sacramento, CA 95814
8  Telephone: (916) 442-1111
   Facsimile: (916) 448-1709
9

10 Attorneys for Defendants
   HOME DEPOT USA, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 TONY MARTINEZ,                    Case No. 2:04-CV-02272-JAM-DAD

16      Plaintiff,
                                     STIPULATION FOR DISMISSAL and
17 v.                                ORDER THEREON

18 HOME DEPOT USA, INC., et al.,

19      Defendants.
20 _____/

21

22

23

24

25

26

27 Stipulation for Dismissal and [Proposed]          *Martinez v. Home Depot USA, Inc. et al.*
   Order Thereon                  – 1 –              Case No. 2:04-cv-02272-JAM-DAD
28

1  TO THE COURT AND TO ALL PARTIES:

2  Plaintiff, TONY MARTINEZ, and defendant, HOME DEPOT USA, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: Nov. 23, 2010       DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III (as authorized on 11/23/10)*
LYNN HUBBARD III
Attorney for Plaintiff TONY MARTINEZ

Dated: Nov. 24, 2010       GREENBERG TRAURIG, LLP

*/s/ Marc B. Koenigsberg*
MARC B. KOENIGSBERG
Attorney for Defendants HOME DEPOT USA, INC.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:04-cv-02272-JAM-DAD, is hereby dismissed with prejudice.

Dated: 11/29/2010       /s/ John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com